Katherine L. Kettler (SBN 231586)
klk@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

Law Offices of P. Randall Noah
P. Randall Noah (SBN 136452)
pnoah@ix.netcom.com
21 Orinda Way, Suite C, #316
Orinda, CA  94563
Tel. (925) 253-5540
Fax (925) 253-5542

Attorney for Plaintiff
WENDY L. BURROWS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY L. BURROWS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>　　　　　Defendant. | Case No.: 3:10-cv-01375-BZ<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED CASE DEADLINES**<br><br>Complaint filed:  April 1, 2010 |

WHEREAS, on April 1, 2010 Plaintiff WENDY L. BURROWS ("Plaintiff") filed her Complaint in this ERISA action;

1  WHEREAS, on April 1, 2010, the Court filed its Order Setting Initial Case
2  Management Conference and ADR Deadlines, setting an Initial Case Management
3  Conference for July 26, 2010, and ordering the parties to file their Joint Case Management
4  Conference Statement by July 19, 2010 and their Stipulation to the ADR Process by July 5,
5  2010;
6
7  WHEREAS, on April 23, 2010 Plaintiff filed her First Amended Complaint,
8  naming Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 ("Defendant") as the sole
9  defendant in this action;
10
11  WHEREAS, on June 10, 2010, Defendant filed a Substitution of Counsel with
12  this Court;
13
14  WHEREAS, on or about June 9, 2010, Plaintiff served Defendant's former
15  counsel with Plaintiff's Initial Disclosure Statement;
16
17  WHEREAS, on June 9 and June 16, 2010, respectively, Plaintiff and
18  Defendant filed their ADR Certifications By Parties And Counsel with the Court;
19
20  WHEREAS, trial counsel for Defendant is scheduled to start trial in another
21  matter on July 26, 2010, in Santa Clara County Superior Court, on the same date as the
22  currently scheduled Initial Case Management Conference;
23
24  WHEREAS, the parties have not previously sought to continue or extend any
25  of the deadlines in this ERISA action related to the parties' initial disclosures, selection of
26  ADR process, filing of the parties' Joint Case Management Conference Statement, or the
27  scheduled Case Management Conference;
28

1  WHEREAS, the parties agree that the existing deadlines for Defendant's Initial Disclosures, the parties' filings regarding the selection of an ADR process and Joint Case Management Conference Statement, and the date set for the parties' Initial Case Management Conference should be continued to accommodate the scheduled vacations of all counsel, and to permit new counsel for Defendant reasonable opportunity to review the voluminous administrative record in this action, and give the parties and their counsel a reasonable time to engage in the required meet and confer process associated with initial disclosures, the selection of an ADR process, preparation of a Joint Case Management Conference Statement, and other issues pertaining to the Court's Initial Case Management Conference.

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned attorneys of record, to continue the date set by the Court for its Initial Case Management Conference, as well as all associated deadlines, as follows:

| | |
|---|---|
| September 3, 2010 | Parties' last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan. |
| September 3, 2010 | Parties' last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| September 17, 2010 | Parties' last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Conference Statement in accordance with this Court's Standing Order re Contents of Joint Case Management Conference Statement. |

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

3
**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES**
**Case No.: 3:10-cv-01375-BZ**

  September 27, 2010  Initial Case Management Conference.
  4:00 p.m.

  Good cause exists for this continuance of these existing deadlines, as set forth above.

**IT IS SO STIPULATED.**

Dated:  June 22, 2010        MILLER LAW GROUP
                  A Professional Corporation


                  By:  /s/
                    Katherine L. Kettler
                    Attorneys for Defendant AT&T
                    UMBRELLA BENEFIT PLAN NO. 1

Dated:  June 22, 2010         LAW OFFICES OF P. RANDALL NOAH


                  By:  /s/
                    P. Randall Noah
                    Attorneys for Plaintiff  WENDY L.
                    BURROWS

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

**ORDER**

Having reviewed the Stipulation executed by Plaintiff WENDY L. BURROWS and Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1, and good cause appearing, the Court hereby orders that the date set for the Initial Case Management Conference and associated dates are VACATED, and are rescheduled pursuant to the schedule set forth below.

| | |
|---|---|
| September 3, 2010 | Parties' last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan. |
| September 3, 2010 | Parties' last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| September 17, 2010 | Parties' last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Conference Statement in accordance with this Court's Standing Order re Contents of Joint Case Management Conference Statement. |
| September 27, 2010 4:00 p.m. | Initial Case Management Conference. |

**IT IS SO ORDERED.**

Dated: __June 23,_____, 2010

Hon. Bernard Zimmerman
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

4815-8681-5494, v. 1

1
ORDER TO EXTEND CASE DEADLINES
Case No.: 3:10-cv-01375-BZ