Katherine L. Kettler (SBN 231586)
klk@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY L. BURROWS,<br><br>Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>Defendant. | Case No.: 3:10-cv-01375-BZ<br><br>[~~PROPOSED~~] ORDER ON DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S OBJECTIONS TO PLAINTIFF'S SEPARATE STATEMENT OF UNDISPUTED FACTS; MOTION TO STRIKE FROM RECORD<br><br>Date:       March 16, 2011<br>Time:       10:00 a.m.<br>Courtroom:  G<br><br>Honorable Bernard Zimmerman<br><br>Complaint filed: April 1, 2010 |

1  The Court makes the following ruling as to Defendant's Objections to Plaintiff's
2  Separate Statement of Undisputed Facts.

4  As Plaintiff failed to obtain an Order of this Court in compliance with Civil L. R.
5  56-2(a), the Court hereby **STRIKES** Plaintiff's Separate Statement. In the alternative, the
6  Court makes the following rulings on Defendant's Objections to Plaintiff's Separate
7  Statement:

| 1. **Objectionable Material:** | **Court's Ruling:** |
|---|---|
| Plaintiff was covered and approved for short term disability under defendant's plan based on the opinion of plaintiff's treating doctor.<br><br>Decl. of PRN, Exh. A, AR at p. 310.<br><br>**Defendant's Objection:**<br><br>The Administrative Record speaks for itself. Mischaracterizes the Administrative Record. Vague and ambiguous with respect to the terms "covered" and "approved." Incomplete statement. Lacks foundation as to "supporting evidence" cited by Plaintiff. Misrepresents the terms of the Plan. | Defendant's Objection Sustained ✓<br><br>Defendant's Objection Overruled ____ |
| 2. **Objectionable Material:** | **Court's Ruling:** |
| Plaintiff's treating doctors never changed their opinions that plaintiff was disabled from her job.<br><br>Decl. of PRN, Exh. A, AR at pp. 299-300, 319-320, 349-350, 356-357, 466-467.<br><br>**Defendant's Objection:**<br><br>The Administrative Record speaks for itself. Mischaracterizes the Administrative Record. Vague and ambiguous with respect to the phrase "never changed their opinions." Incomplete | Defendant's Objection Sustained ✓<br><br>Defendant's Objection Overruled ____ |

| | |
|---|---|
| statement. Misrepresents the terms of the Plan. Lacks foundation and incomplete. Irrelevant to the Plan's determination. | |
| **3.** **Objectionable Material:**<br><br>Defendant terminated short term disability benefits without any doctor exam of plaintiff.<br><br>Decl. of PRN, Exh. A, AR at pp. 417-440.<br><br>**Defendant's Objection:**<br><br>The Administrative Record speaks for itself. Mischaracterizes the Administrative Record. Vague and ambiguous with respect to the phrase "without any doctor exam." Incomplete statement. To the extent that Plaintiff is referencing the fact that the Plan did not perform an Independent Medical Examination of Plaintiff prior to denying Plaintiff continued short term disability plan benefits, this fact is irrelevant under the existing law. | **Court's Ruling:**<br><br><br><br><br><br>Defendant's Objection Sustained \_\_\_\_\_<br><br>Defendant's Objection Overruled ✓ |
| **4.** **Objectionable Material:**<br><br>The findings and opinions of treating doctors were considered less medically persuasive than the opinions of paid consultants.<br><br>Decl. of PRN, Exh. A, AR at pp. 449-451.<br><br>**Defendant's Objection:**<br><br>The Administrative Record speaks for itself. Mischaracterizes the Administrative Record. Vague and ambiguous with respect to the phrase "less medically persuasive." Incomplete statement. Misrepresents the terms of the Plan. Argumentative – Plaintiff's treating physicians are presumably paid for their services. Lacks foundation and incomplete. | **Court's Ruling:**<br><br><br><br><br><br>Defendant's Objection Sustained ✓<br><br>Defendant's Objection Overruled \_\_\_\_\_ |

IT IS SO ORDERED.

Dated:

Hon. Bernard Zimmerman
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

4826-4056-5000, v. 1