1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11   WENDY L. BURROWS,                    )
                                          )
12              Plaintiff(s),             )     No. C10-1375 BZ
                                          )
13        v.                              )
                                          )     **FINAL JUDGMENT**
14   AT&T UMBRELLA BENEFIT PLAN           )
     NO. 1,                               )
15                                        )
                Defendant(s).             )
16   _____)

17        The Court having granted defendant's motion for summary

18   judgment and denied plaintiff's motion for summary judgment on

19   March 21, 2011, **IT IS HEREBY ORDERED** that plaintiff recover

20   nothing, the action be dismissed on the merits and defendant

21   recover costs from plaintiff.

22   Dated: March 21, 2011

23                              _____
                                        Bernard Zimmerman
24                              United States Magistrate Judge

25
     G:\BZALL\-BZCASES\BURROWS V. AT&T\JUDGMENT.wpd
26

27

28

                                1