Katherine L. Kettler (SBN 231586)
klk@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

Law Offices of P. Randall Noah
P. Randall Noah (SBN 136452)
pnoah@ix.netcom.com
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fax (925) 253-5542

Attorney for Plaintiff
WENDY L. BURROWS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY L. BURROWS, | Case No.: 3:10-cv-01375-BZ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO FILE MOTION FOR ATTORNEYS' FEES** |
| v. | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | Honorable Bernard Zimmerman |
| Defendant. | |
| | Complaint filed: April 1, 2010 |

**STIPULATION**

1.  By and through their respective counsel, Plaintiff Wendy Burrows ("Plaintiff") and Defendant AT&T Umbrella Benefit Plan No. 1 ("Defendant"), hereby stipulate as follows:

2.  The Court issued an Order granting summary judgment in favor of Defendant on March 21, 2011, and entered Judgment in favor of Defendant on March 21, 2011;

3.  Pursuant to United States District Court, Northern District of California Local Rule 54-5 Defendant has 14 days from the entry of Judgment to file a Motion for Attorney's Fees ("the Motion") and the Motion would need to be filed no later than April 4, 2011;

4.  The parties, through their counsel, are presently engaged in good faith efforts to meet and confer regarding the Motion as required pursuant to U.S.D.C. L.R. 54-5;

5.  The parties require additional time to continue their efforts to meet and confer as counsel for Plaintiff is out of town and does not anticipate being able to meet with Plaintiff before April 8, 2011 at the earliest in order to continue and conclude the parties' meet and confer efforts;

6.  Under these circumstances, the parties agree that it would be in the interest of efficiency and economy to have additional time to complete their efforts to meet and confer in advance of the filing of any Motion;

///

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

Defendant's time to file a Motion for Attorneys' Fees shall be enlarged in accordance with U.S.D.C. L.R. 6-1(b) and 6-2(a), and Defendant shall have until April 29, 2011 to file any Motion for Attorney's Fees.

Dated: April 1, 2011

MILLER LAW GROUP
A Professional Corporation

By: /s/
Katherine L. Kettler
Attorneys for Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1

Dated: April 1, 2011

LAW OFFICES OF P. RANDALL NOAH

By: /s/
P. Randall Noah
Attorneys for Plaintiff
WENDY L. BURROWS

# [PROPOSED] ORDER

**IT IS SO ORDERED.**

For good cause shown, the Court HEREBY ORDERS that Defendant AT&T Umbrella Benefit Plan No. 1's time to file a Motion for Attorneys' Fees is enlarged and extended to and including April 29, 2011.

IT IS SO ORDERED

Dated: 4 April, 2011

Hon. Bernard Zimmerman
MAGISTRATE JUDGE OF THE U.S.
DISTRICT COURT, NORTHERN DISTRICT
OF CALIFORNIA

4851-0646-3753, v. 1